No. 81–5549.   NEAL v. COURT OF APPEALS OF MISSOURI, SOUTHERN DISTRICT; and OGLE v. COURT OF APPEALS OF MISSOURI, SOUTHERN DISTRICT, ET AL.   Sup. Ct. Mo. Certiorari denied.

No. 81–5550.   MOKONE v. BYRNE, GOVERNOR OF NEW JERSEY, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 81–5553.   COSGROVE v. PENNSYLVANIA DEMOCRATIC STATE COMMITTEE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 81–5555.   LADD v. MAINE.   Sup. Jud. Ct. Me.   Certiorari denied.

No. 81–5560.   JOHNSON v. CONNECTICUT.   Sup. Ct. Conn.   Certiorari denied.

No. 81–5564.   BUTLER v. HARRINGTON.   C. A. 5th Cir. Certiorari denied.

No. 81–5575.   WEST v. AUSTIN, WARDEN, REIDSVILLE STATE PRISON.   C. A. 5th Cir.   Certiorari denied.

No. 81–5585.   LUNZ v. JIMENEZ ET AL.   C. A. 2d Cir. Certiorari denied.

No. 81–5590.   ZATKO v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 81–5591.   ZATKO v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 81–5592.   SMALL v. COLORADO.   Sup. Ct. Colo.   Certiorari denied.

No. 81–5607.   TORKAR v. CITY OF SEATTLE, WASHINGTON.   Ct. App. Wash.   Certiorari denied.